UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JERVON RAY LUCAS, | ) | |
| Plaintiff, | ) | |
| v. | ) | 3:15-cv-00606-MMD-VPC |
| WARDEN BACA et al., | ) | ORDER |
| Defendants. | ) | |

## I. DISCUSSION

On December 15, 2015, this Court ordered Plaintiff to (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which included the $350 filing fee and the $50 administrative fee) within thirty (30) days from the date of that order. (ECF No. 3 at 2). On January 4, 2016, Plaintiff filed a motion for an extension of time to comply with that order because he recently transferred prisons. (ECF No. 5 at 1). The Court grants Plaintiff's motion for an extension of time until Friday, February 12, 2016, to file a fully complete application to proceed *in forma pauperis* or to pay the full filing fee.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that **on or before Friday, February 12, 2016**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,

1 | dismissal of this action may result.

2 |     IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF
3 | No. 1-1), but shall not file it at this time.

5 | DATED: This 5th day of January, 2016.

                    /s/ Valerie P. Cooke
                    United States Magistrate Judge